# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-00695-WYD

MOLLY PATRICIA MINIHAN,

    Plaintiff

v.

ETHICON, INC.; ETHICON ENDO SURGERY, INC.; ETHICON WOMEN'S HEALTH AND UROLOGY, A DIVISION OF ETHICON, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON,

    Defendants.

## ORDER APPROVING STIPULATED ESI PROTOCOL

THIS MATTER coming before the Court on the Parties' Motion for Order Approving Stipulated ESI Protocol, and the Court being fully advised in the premises,

ORDERS that the Parties' Stipulated ESI Protocol is hereby approved.

Dated this 12th day of August, 2015.

BY THE COURT

_/s/ Kathleen M. Tafoya_
Kathleen M. Tafoya
United States Magistrate Judge